UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY RAYMOND IRIGOYEN,<br><br>    Plaintiff,<br><br>    v.<br><br>VERNON H. WARNKE, et al.,<br><br>    Defendants. | Case No.: 1:22-cv-0483 JLT SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS, AND DIRECTING PAYMENT OF THE FILING FEE WITHIN TWENTY-ONE DAYS<br><br>(Docs. 4, 5, 7) |

    Anthony Raymond Irigoyen is proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983, and seeks to proceed *in forma pauperis* in this action. (Docs. 4, 5.) On June 28, 2022, the assigned magistrate judge issued findings and recommendations to deny Plaintiff's motion to proceed *in forma pauperis*, finding Plaintiff had sufficient funds in his prisoner trust account to pay the $402.00 filing fee for this action. (Doc. 7.) Plaintiff was provided 14 days within which to file any objections. (*Id*. at 3.) More than 14 days have passed, and Plaintiff has not filed objections.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis. Accordingly, the Court **ORDERS**:

    1. The findings and recommendations issued on June 28, 2022 (Doc. 7) are **ADOPTED IN FULL**.

    2. Plaintiff's motion to proceed *in forma pauperis* (Docs. 4, 5) is **DENIED.**

1

3. Plaintiff shall pay the $402.00 filing fee within twenty-one (21) days of service of this order.

4. Failure to pay the filing fee within the time provided will result in dismissal of this action.

IT IS SO ORDERED.

Dated: __September 26, 2022__  

/s/ Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE