# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY RAYMOND IRIGOYEN,<br><br>Plaintiff,<br><br>v.<br><br>VERNON H. WARNKE, et al.,<br><br>Defendants. | Case No.: 1:22-cv-00483-JLT-SAB (PC)<br><br>ORDER DISMISSING ACTION FOR FAILURE TO PAY THE FILING FEE<br><br>(Doc. 8) |

Plaintiff Anthony Raymond Irigoyen is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 26, 2022, the Court issued an order denying Plaintiff's motion to proceed *in forma pauperis* and ordering Plaintiff to pay the filing fee within 21 days. (Doc. 8) The Court cautioned Plaintiff that "failure to pay the filing fee within the specified time will result in the dismissal of this action." (*Id.* at 2.)

///

///

1

To date, Plaintiff has not paid the filing fee as directed by the Court in its September 26, 2022, and the time to do so has now passed.[1]

Accordingly, this action is DISMISSED for failure to pay the filing fee and failure to obey a Court order.

IT IS SO ORDERED.

Dated:   **October 28, 2022**

UNITED STATES DISTRICT JUDGE

---

[1] On October 11, 2022, the Court's September 26, 2022, was returned as undeliverable with a notation that Plaintiff is out of custody.  Pursuant to Local Rule 182(f), "[e]ach appearing attorney and pro se party is under a continuing duty to notify the Clerk and all other parties of any change of address or telephone number of the attorney or the pro se party. Absent such notice, service of documents at the prior address of the attorney or pro se party shall be fully effective."