## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**ANTHONY RAYMOND IRIGOYEN,**

CASE NO: **1:22–CV–00483–JLT–SAB**

v.

**VERNON H. WARNKE, ET AL.,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 10/31/2022**

**Keith Holland**
Clerk of Court

ENTERED:  **October 31, 2022**

by: /s/ O. Rivera
Deputy Clerk